**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.                                                  **Case No. 2:22-cr-0117(5)**
                                                        **JUDGE EDMUND A. SARGUS, JR.**

**TAVARYYUAN JOHNSON,**

    **Defendant.**

## ORDER

This matter is before the Court on Defendant Tavaryyuan Johnson's Motion to Revoke Detention Order. (Mot., ECF No. 848.) The Government opposes his Motion (Opp., ECF No. 863), and the Court held a hearing on the Motion on July 17, 2024 (ECF No. 873). For the reasons stated in open court during that hearing, Mr. Johnson's Motion is **DENIED.** (ECF No. 848.)

    **IT IS SO ORDERED.**

| | |
|---|---|
| **8/6/2024** | **s/Edmund A. Sargus, Jr.** |
| **DATE** | **EDMUND A. SARGUS, JR.** |
| | **UNITED STATES DISTRICT JUDGE** |